IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSHUA FLUELLEN,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

Case No. 5D22-2411
LT Case No. 2019-CF-000710

_____/

Decision filed June 20, 2023

Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge

Matthew J. Metz, Public Defender,
and Louis Rossi, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS and BOATWRIGHT, JJ., concur.